
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LISA PARKER,

                Plaintiff,

   -against-

GLEN GOORD, *Commissioner of New York State Department of Corrections*, DR. ANTONIA NOVELLO, *Commissioner of New York Department of Health*, BRYON THOMAS, *Chairman, New York State Division of Parole*, FRANK TRACEY, *Superintendent, Queensborough Correctional Facility*, SYSLIN FRANCIS, *Administrator and CEO, New York State Veterans Home, St. Albans*, PAULA SULLIVAN, *Director of Personnel, New York State Veterans Home, St. Albans*, and JOSEPH PISCATELLA, *Plant Superintendent, New York State Veterans Home, St. Albans*,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
03-CV- 3848 (JG)

        An Order of Honorable John Gleeson, United States District Judge, having been filed on March 31, 2006, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated March 20, 2006; granting defendants' motion for summary judgment in its entirety; and directing the Clerk of Court to enter judgment for the defendants; it is

JUDGMENT
03-CV- 3848 (JG)

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; that defendants' motion for summary judgment is granted in its entirety; and that judgment is hereby entered for the defendants.

Dated: Brooklyn, New York
July 12, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court